UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

MARK RESNICK

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021

ORDER

12 CR 152-03(CM)
Docket #

__Colleen McMahon__, CHIEF DISTRICT JUDGE:
   Judge's Name

attorney

__Jane Anne Murray__ is hereby assigned to a represent the defendant, pursuant to CJA, *nunc pro tunc* to

__1/1/2020__

This Appointment is for defendant's representation in connection with his Motion for Compassionate Release.

SO ORDERED.

*/s/ Colleen McMahon*
Colleen McMahon
CHIEF UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       3/25/21